**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. _____ |
| | ) | |
| Plaintiff, | ) | **COUNT ONE** |
| | ) | **18 U.S.C. § 641** |
| v. | ) | **(Theft of Government Money)** |
| | ) | NMT 1 Year Imprisonment |
| JAMES JOHNSON, | ) | NMT $100,000 Fine |
| [DOB: 12/05/1957] | ) | NMT 1 Year Supervised Release |
| | ) | Class A Misdemeanor |
| Defendant. | ) | |
| | ) | $25 Mandatory Special Assessment |
| | ) | Order of Restitution |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE
(Theft of Government Money)**

From in or about October 2010 through February 2013, within the Western District of Missouri, the defendant, **James Johnson**, as part of a single continuing scheme involving the Social Security Administration ("SSA"), an agency of the United States, willfully and knowingly did steal and convert to his personal use, money of the United States, namely, Supplemental Security Income ("SSI") payments. The defendant knowingly and intentionally concealed and failed to disclose to SSA, as he was required to do, changes in his income and resources, knowing that these changes affected his right to receive SSI payments. The defendant concealed his income and resources from SSA for the purpose of obtaining federally funded benefits that he knew he was not eligible to receive and he converted said payments to his personal use. The defendant's theft of government money was less than One Thousand Dollars ($1,000). The defendant's acts to obtain these federal

benefits constitute theft and unlawful conversion of money from the United States.

All in violation of Title 18, United States Code, Section 641.

> Respectfully submitted,
>
> Tammy Dickinson
> United States Attorney
>
> By  */s/ William A. Alford III*
>
> William A. Alford III
> Special Assistant United States Attorney

Dated: 09-05-2013