UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

-vs-  Case No. 13-00309-01-CR-W-SWH

JAMES JOHNSON

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and consent to trial, judgment and sentencing before a United States magistrate judge.

_____
Signature of Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury.

_____
Signature of Defendant

Consented to by United States Attorney. _____
Signature

_____
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

_____
Signature of Defendant

_____
Defendant's Attorney

Approved by: _____

SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE
September 23, 2013

AO86A (Rev. 4/91) Consent to Proceed - Misdemeanor

Case 4:13-cr-00309-SWH   Document 5   Filed 09/23/13   Page 1 of 1